AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| Amschel de Rothschild II _____ ) | |
| _Plaintiff_ ) | Civil Action No. 3:25CV·262-DJH |
| v. ) | |
| Jacques Webster (Travis Scott) ) | |
| _Defendant_ ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jacques Wester aka Travis Scott

5750 Main Street
Houston, Texas 77005


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II

700 E Muhammad Ali Boulevard

Louisville, KY 40202


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

_____ on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Kentucky

| | |
|---|---|
| AMSCHEL DE ROTHSCHILD II | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:25CV-262-DSH |
| CLIFFORD HARRIS JR. (T.I.) | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CLIFFORD HARRIS JR. AKA T.I. C/O GRAND HUSTLE
RECORDS
541 10th STREET
ATLANTA, GA 30318

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  AMSCHEL DE ROTHSCHILD II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                         _____
                                                    *Printed name and title*


                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

Amschel de Rothschild II
_____
*Plaintiff*

v.

Grand Hustle Records
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 3:25cv-262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Grand Hustle Records
541 10th Street
Atlanta, GA 30318

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or
_____

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*


                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Kentucky

Amschel de Rothschild II )
_____ )
*Plaintiff* )
)
v. )  Civil Action No. 3:25CV-262-DJH
)
Sony Music Publishing LLC )
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sony Music Publishing LLC
25, Madison Ave 24th Floor
New York, NY 10010.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 East Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                          _____
                                              *Printed name and title*

                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
*Plaintiff* )
)
v. )    Civil Action No. 3:25cv·262-DJH
)
NIKE, INC. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NIKE, INC.
1 Bowerman Drive
BEAVERTON, OR 97005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 East Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00      .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                   *Server's signature*

                                          _____
                                                   *Printed name and title*


                                          _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

Amschel de Rothschild II )
_____ )
*Plaintiff* )
)
v. )    Civil Action No. 3:25CV-262-DJH
)
Sony Interactive Entertainment )
LLC )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sony Interactive Entertainment LLC
2207 Bridgepointe Parkway
San Mateo CA 94404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                          *Server's signature*

                                  _____
                                        *Printed name and title*

                                  _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild #      )
*Plaintiff*            )
       v.           )
                 )
McDonalds Corporation      )
*Defendant*           )

Civil Action No. 3:25CV-262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   McDonald's Corporation
110 N. Carpenter St.
Chicago, IL 60607

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                              *Server's signature*

                                       _____
                                              *Printed name and title*


                                       _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel DE Rothschild II

*Plaintiff*

v.

Sony Group Corporation

*Defendant*

Civil Action No. 3:25 CV. 262-DJH

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)* Sony Group Corporation
25 Madison Avenue 26th Floor
New York, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E. Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                              *Server's signature*

                                     _____
                                              *Printed name and title*

                                     _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Amschel de Rothschild II
_____
*Plaintiff*

v.

TAKE-TWO INTERACTIVE Software, INC.
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 3:25CV·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TAKE-TWO INTERACTIVE Software, INC.
10 WEST 44th Street
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*


                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II
_____
*Plaintiff*

v.

Sherry Lancing
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 3:25CV-262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sherry Lancing c/o Universal Music Group
2220 Colorado Ave.
Santa Monica, CA 90401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                          *Server's signature*

                                 _____
                                          *Printed name and title*


                                 _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
Plaintiff )
)
v. )       Civil Action No. 3:25cv-262-DJH
)
Universal Music Group N.V. )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Universal Music Group N.V.
2220 Colorado Ave
Santa Monica, CA 90401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Amschel de Rothschild II )
_____ )
*Plaintiff* )
)
v. )     Civil Action No. 3:25 CV-262-DJH
)
Monte Lipman )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Monte Lipman c/o republic Records
1755 Broadway
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                   *Server's signature*

                                          _____
                                                   *Printed name and title*


                                          _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
*Plaintiff* )
)
v. )       Civil Action No. 3:25CV·262 - DJH
)
Avery Lipman )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Avery Lipman c/o Repubic Records
1755 Broadway
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $       0.00     .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                           *Server's signature*

                              _____
                                           *Printed name and title*


                              _____
                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
*Plaintiff* )
)
v. )            Civil Action No. 3:25CV-262-DJH
)
Republic Records )
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Republic Records
1755 Broadway
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
*Plaintiff* )
)
v. )      Civil Action No. 3:25CV-262-DJH
)
Rob Stringer )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rob Stringer c/o SME
25 Madison Avenue 23rd Floor
New York, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                    *Server's signature*

                                         _____
                                                    *Printed name and title*

                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
*Plaintiff* )
v. )
)
Sony Music Entertainment )
_____ )
*Defendant* )

Civil Action No. 3:25cv·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sony Music Entertainment
25 Madison Avenue 23rd Floor
NEW YORK, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date: _____

                         _____
                                   *Server's signature*

                         _____
                                   *Printed name and title*

                         _____
                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II

_____
*Plaintiff*

v.

EPIC RECORDS
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 3: 25 CV·262 - DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EPIC RECORDS

2100 Colorado Ave

SANTA MONICA, CA 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II

700 E Muhammad Ali Boulevard

Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____           _____
                                              *Server's signature*

                                    _____
                                              *Printed name and title*


                                    _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II
_____
*Plaintiff*

v.

Lou TAYLOR
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 3:25CV·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lou TAYLOR

12255 SKY LANE

Los Angeles, CA 90049

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II

700 E. Muhammad Ali Boulevard

Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                      *Server's signature*

                                       _____
                                                      *Printed name and title*


                                       _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Amschel de Rothschild II

*Plaintiff*

v.

TRISTAR SPORTS and
Entertainment Group, INC.

*Defendant*

Civil Action No. 3:25CV·262-DJH

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)* TRISTAR SPORTS and Entertainment Group, INC.
SS Square West 2nd Floor.
NASHVILLE, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                             *Server's signature*

                               _____
                                             *Printed name and title*

                               _____
                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

AMSCHEL DE ROTHSCHILD II )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 3:25cv-262-DJH
)
JASON GETER )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*  JASON GETER C/O GRAND HUSTLE Records
541 10th STREET
Atlanta, GA 30318

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  AMSCHEL DE Rothschild II

700 E Muhammad Ali Boulevard

Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                    *Server's signature*

                                                        _____
                                                                    *Printed name and title*


                                                        _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
_Plaintiff_ )
v. )
Elliot Hill )
_____ )
_Defendant_ )

Civil Action No. 3:25CV·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ELLIOT HILL c/o NIKE, INC.
1 Bowerman Drive
BEAVERTON, OR 97005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    AMSCHEL DE ROTHSCHILD II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel De Rothschild II
)
)
_____
)
Plaintiff
)
)    Civil Action No. 3:25CV· 262-DJH
v.
)
)
Philip Knight
)
_____
)
Defendant
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Philip Knight c/o Nike, Inc
1 Bowerman Drive
Beaverton, OR 97005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel De Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date: _____

                       _____
                                   *Server's signature*

                       _____
                                 *Printed name and title*

                       _____
                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
*Plaintiff* )
)       Civil Action No. 3:25CV-262-DJH
v. )
)
John Hoke III )
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Hoke III c/o Nike, Inc.

1 Bowerman Drive

Beaverton, OR 97005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amschel de Rothschild II

700 E Muhammad Ali Boulevard

Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____             _____
                                              *Server's signature*

                                     _____
                                              *Printed name and title*


                                     _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
*Plaintiff* )
v. )  Civil Action No. 3:25CV-262-DJH
Lucian Grainge )
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lucian Grainge c/o Universal Music Group
2220 Colorado Ave
Santa Monica, CA 90401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                              *Server's signature*

                                   _____
                                              *Printed name and title*


                                   _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | Civil Action No. 3:25cv.262-DJH |
| v. ) | |
| MICHAEL DEAN _____ ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL DEAN  c/o Universal Music Group
2220 Colorado Avenue
Santa Monica, CA 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____ 0.00 ____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                *Server's signature*

                                                              _____
                                                                *Printed name and title*


                                                              _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II

_____
*Plaintiff*

v.

Tencent Holdings Ltd.
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 3:25CV·262 - DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    TENCENT HOLDINGS Ltd.
2747 PARK BLVD.
PALO ALTO, CA 94306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Amschel de Rothschild II
700 E. Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

                               _____
                                          *Server's signature*

                               _____
                                       *Printed name and title*

                               _____
                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II

_____
*Plaintiff*

v.

Pony Ma
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 3:25 CV·262- DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pony Ma c/o Tencent Holdings Ltd.
2747 Park Blvd.
Palo Alto, CA 94306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                  *Server's signature*

                                            _____
                                                  *Printed name and title*


                                            _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
Plaintiff )
v. )    Civil Action No. 3:25 CV-262-DJH
MARTIN LAU )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARTIN LAU c/o TENCENT HOLDINGS Ltd.
2747 Park Blvd.
PALO AltO, CA 94306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                              *Server's signature*

                                   _____
                                              *Printed name and title*


                                   _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____

A̲M̲S̲C̲H̲E̲L̲ ̲D̲E̲ ̲R̲O̲T̲H̲S̲C̲H̲I̲L̲D̲ ̲I̲I̲   )
_____*Plaintiff*_____   )
                                            )
v.                                          )    Civil Action No. 3:25CV-262-DJH
                                            )
E̲P̲I̲C̲ ̲G̲A̲M̲E̲S̲,̲ ̲I̲N̲C̲.̲_____   )
_____*Defendant*_____   )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EPIC GAMES, INC.
620 Crossroads Blvd,
Cary, NC 27518

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____             _____
                                                              *Server's signature*

                                                        _____
                                                              *Printed name and title*


                                                        _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II ⠀⠀⠀⠀ )
⠀⠀⠀⠀⠀⠀*Plaintiff*⠀⠀⠀⠀⠀⠀ )
⠀⠀⠀⠀⠀⠀ v.⠀⠀⠀⠀⠀⠀⠀⠀⠀ )⠀⠀⠀⠀ Civil Action No. 3:25CV·262-DJH
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ )
Mark Rein ⠀⠀⠀⠀⠀⠀⠀⠀⠀ )
⠀⠀⠀⠀⠀⠀*Defendant*⠀⠀⠀⠀⠀ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mark Rein c/o EPIC Games, Inc.
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ 620 Crossroads Blvd.
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ CARY, NC 27518

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II

⠀⠀⠀⠀⠀⠀⠀⠀⠀ 700 E Muhammad Ali Boulevard

⠀⠀⠀⠀⠀⠀⠀⠀⠀ Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____⠀⠀⠀⠀⠀⠀ _____
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                    *Server's signature*

                                      _____
                                                    *Printed name and title*


                                      _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II
_____
*Plaintiff*

v.

Charlie Wen
_____
*Defendant*

Civil Action No. 3:25 CV-262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charlie Wen c/o Epic Games, Inc
620 Crossroads Blvd.
Cary, NC 27518

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00 .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                              *Server's signature*

                                      _____
                                              *Printed name and title*


                                      _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Amschel de Rothschild II | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 3:25CV·262-DJH |
| Tim Sweeney | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tim Sweeney c/o EPIC Games, INC.
620 Crossroads Blvd.
CARY, NC 27518

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E. Muhammad Ali Boulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                        *Server's signature*

                                 _____
                                        *Printed name and title*

                                 _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Amschel de Rothschild II      )
_____ )
*Plaintiff* )
)
v.                  )    Civil Action No. 3:25CV·262-DIH
)
Visual Concepts Entertainment )
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Visual Concepts Entertainment
10 Hamilton Landing
Navato, CA 94949

A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E muhammad Ali Boulevard
Louisville, KY 40202

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:25CV·262-DJH |
| Greg THOMAS | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Greg Thomas c/o Visual Concepts Entertainment
10 Hamilton Landing
Novato, CA 94949

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                                      *Server's signature*

                                         _____

                                                      *Printed name and title*


                                         _____

                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
_____ )
*Plaintiff* )
 )
v. )          Civil Action No. 3:25cv·262-DJH
 )
ZK )
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ZK
        10 Hamilton Landing
        Novato, CA 94949

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
        700 E Muhammad Ali Boulevard
        Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                           *Server's signature*

                                 _____
                                           *Printed name and title*


                                 _____
                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amschel de Rothschild II )
)
_____
*Plaintiff* )
)
v. )        Civil Action No. 3 : 25 CV· 262 - DJH
)
Phil Dixon )
)
_____
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Phil Dixon c/o ZK

10 Hamilton Landing

NAVATO, CA 94949

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II

700 E Muhammad Ali Boulevard

Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                              *Server's signature*

                                                    _____
                                                              *Printed name and title*

                                                    _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ▢

| | |
|---|---|
| Amschel de Rothschild II<br><br>*Plaintiff(s)*<br>v.<br>Activision Blizzard<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:25CV-262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Activision Blizzard
2701 Olympic Blvd, Building B
Santa Monica, CA 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

    ❐ I personally served the summons on the individual at *(place)*

                on *(date)*                    ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)*

                              , a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)*                                          , who is

    designated by law to accept service of process on behalf of *(name of organization)*

                on *(date)*                    ; or

    ❐ I returned the summons unexecuted because                                          ; or

    ❐ Other *(specify):*

My fees are $                    for travel and $                    for services, for a total of $       0.00        .

I declare under penalty of perjury that this information is true.

Date:

                                        *Server's signature*

                                        *Printed name and title*

                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ▾

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:25CV·262-DJH |
| Adidas AG | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adidas AG
Adi-Dassler-Straße 1
91074 Herzogenaurach, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*                              .

☐ I personally served the summons on the individual at *(place)*
.................................................................................. on *(date)* ............................... ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
.................................................... , a person of suitable age and discretion who resides there,
on *(date)* .............................. , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* .................................................... , who is
designated by law to accept service of process on behalf of *(name of organization)*
.................................................................................. on *(date)* ............................... ; or

☐ I returned the summons unexecuted because ...................................................................... ; or

☐ Other *(specify):*


My fees are $ ........................... for travel and $ ........................... for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: ...........................

                                                            ....................................................
                                                                     *Server's signature*

                                                            ....................................................
                                                                   *Printed name and title*

                                                            ....................................................
                                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky [▼]

| | |
|---|---|
| Amschel de Rothschild II | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:25 cv· 262-DJH |
| Amazon.com, Inc. (Amazon Music) | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amazon.com, Inc. (Amazon Music)
410 Terry Ave. North
Seattle, WA 98109-5210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Blouleward
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                    _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ................................................................

was received by me on *(date)* ........................................ .

❏ I personally served the summons on the individual at *(place)* ..............................................

.............................................................. on *(date)* ........................... ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* ...........

........................................... , a person of suitable age and discretion who resides there,

on *(date)* ........................... , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* ................................................ , who is

designated by law to accept service of process on behalf of *(name of organization)* ................

.............................................................. on *(date)* ........................... ; or

❏ I returned the summons unexecuted because ............................................ ; or

❏ Other *(specify):*



My fees are $ ........................ for travel and $ ........................ for services, for a total of $     0.00          .

I declare under penalty of perjury that this information is true.


Date: ...................................                                      ........................................

                                                                              *Server's signature*


                                                                              ........................................

                                                                              *Printed name and title*



                                                                              ........................................

                                                                              *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky   ▾

| | |
|---|---|
| Amschel de Rothschild II | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) |
| Amazon Prime Video | ) ) ) ) |
| _Defendant(s)_ | ) ) |

Civil Action No. 3:25Cv·262-DJH

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Amazon Prime Video
410 Terry Avenue North
Seattle, WA 98109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Blioulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____       _____
                                                 _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ....................................................

was received by me on *(date)* ..................... .

□ I personally served the summons on the individual at *(place)* ........................................

....................................................... on *(date)* ..................... ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* ..................

................................................. , a person of suitable age and discretion who resides there,

on *(date)* ..................... , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* ............................................... , who is

designated by law to accept service of process on behalf of *(name of organization)* .......................

....................................................... on *(date)* ..................... ; or

□ I returned the summons unexecuted because ....................................................... ; or

□ Other *(specify):*



My fees are $ ................... for travel and $ ................... for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: ...................

....................................................... 
*Server's signature*

....................................................... 
*Printed name and title*

....................................................... 
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  [ ▼ ]

|  |  |  |
|---|---|---|
| Amschel de Rothschild II | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 3:25CV- 262- DJH |
| v. | ) | |
| Apple Inc. (Apple Music) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Apple Inc. (Apple Music)
1 Infinite Loop
Cupertino, CA 95014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* .............................................

was received by me on *(date)* ....................... .

&#9109;  I personally served the summons on the individual at *(place)* .................................

......................................................................... on *(date)* .................. ; or

&#9109;  I left the summons at the individual's residence or usual place of abode with *(name)* ...............

........................................................ , a person of suitable age and discretion who resides there,

on *(date)* ..................................... , and mailed a copy to the individual's last known address; or

&#9109;  I served the summons on *(name of individual)* .................................................. , who is

designated by law to accept service of process on behalf of *(name of organization)* ...........................

......................................................................... on *(date)* .................. ; or

&#9109;  I returned the summons unexecuted because .................................................. ; or

&#9109;  Other *(specify):*


My fees are $ ..................... for travel and $ ..................... for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: ............................                    ..............................................
                                                              *Server's signature*

                                                         ..............................................
                                                              *Printed name and title*

                                                         ..............................................
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ▾

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Apple Music | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25cv·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Apple Music
1 Infinite Loop
Cupertino, CA 95014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ....................................................

was received by me on *(date)* ........................... .

☐ I personally served the summons on the individual at *(place)*

.................................................................. on *(date)* ........................... ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

....................................................... , a person of suitable age and discretion who resides there,

on *(date)* ........................... , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ..................................... , who is

designated by law to accept service of process on behalf of *(name of organization)* ........................

.................................................................. on *(date)* ........................... ; or

☐ I returned the summons unexecuted because ............................................... ; or

☐ Other *(specify):*


My fees are $ .......................... for travel and $ .......................... for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: ...........................                        ...........................................................
                                                                    *Server's signature*

                                                          ...........................................................
                                                                   *Printed name and title*

                                                          ...........................................................
                                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ☑

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 3:25CV-262-DJH |
| Atlantic Records | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Atlantic Records
1290 Avenue of the Americas
New York City, NY 10104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                    _____
                                              _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                        .

❒ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)*                          , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                          ; or

❒ I returned the summons unexecuted because                          ; or

❒ Other *(specify):*


My fees are $                          for travel and $                          for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date:

                                             *Server's signature*

                                             *Printed name and title*

                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ▾

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Eugene Henley Jr. (Big U) | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25cv·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eugene Henley Jr. (Big U)
4159 West 62nd Street
Los Angeles, California 90043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ............................................................

was received by me on *(date)* ............................ .

□  I personally served the summons on the individual at *(place)* ........................................

............................................................................ on *(date)* ........................... ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* ............................

............................................................ , a person of suitable age and discretion who resides there,

on *(date)* ........................... , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* ........................................................ , who is

designated by law to accept service of process on behalf of *(name of organization)* ...................................

............................................................................ on *(date)* ........................... ; or

□  I returned the summons unexecuted because ........................................................ ; or

□  Other *(specify):*



My fees are $ ........................... for travel and $ ........................... for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: ...........................        ...........................................
                                                 *Server's signature*

                                        ...........................................
                                                 *Printed name and title*

                                        ...........................................
                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky    ☐▼

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Cactus Jack Records | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25cv-262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cactus Jack Records
10202 Washington Blvd
Culver City, CA 90232


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                       *Server's signature*

                                                 _____
                                                    *Printed name and title*


                                                 _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ☐▼

| | |
|---|---|
| Amschel de Rothschild II | ) )<br>)<br>)<br>)<br>Civil Action No. 3:25CV·262-DJH<br>)<br>)<br>)<br>)<br>)<br>) |
| *Plaintiff(s)*<br>v.<br>Coca-Cola Company | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                              ; or

☐ Other *(specify):*


My fees are $              for travel and $              for services, for a total of $   0.00      .

I declare under penalty of perjury that this information is true.


Date:

*Server's signature*


*Printed name and title*


*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ▾

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| William Sami Étienne Grigahcine | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25CV.262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Sami Étienne Grigahcine (DJ Snake) In Care of Dona Agency
33 Rue du Faubourg Saint-Antoine
75011 Paris, France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ............................................................................

was received by me on *(date)* ........................................ .

    ❐  I personally served the summons on the individual at *(place)*

    ........................................................................ on *(date)* ........................................ ; or

    ❐  I left the summons at the individual's residence or usual place of abode with *(name)* ........................

    ............................................................ , a person of suitable age and discretion who resides there,

    on *(date)* ............................................ , and mailed a copy to the individual's last known address; or

    ❐  I served the summons on *(name of individual)* ........................................................................ , who is

    designated by law to accept service of process on behalf of *(name of organization)* ..............................

    ........................................................................ on *(date)* ............................... ; or

    ❐  I returned the summons unexecuted because ....................................................................... ; or

    ❐  Other *(specify):*

My fees are $ ........................ for travel and $ ........................ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: ..............................                    ............................................................
                                          *Server's signature*

                               ............................................................
                                        *Printed name and title*

                               ............................................................
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ▾

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Dona Agency | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25cv·262·DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dona Agency
33 Rue du Faubourg Saint-Antoine
75011 Paris, France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ................................................................................

was received by me on *(date)* ..................................... .

☐ I personally served the summons on the individual at *(place)*

......................................................................................... on *(date)* ..................................... ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

........................................................................ , a person of suitable age and discretion who resides there,

on *(date)* ..................................... , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ................................................................. , who is

designated by law to accept service of process on behalf of *(name of organization)* ...........................................

......................................................................................... on *(date)* ..................................... ; or

☐ I returned the summons unexecuted because ................................................................................. ; or

☐ Other *(specify):*



My fees are $ ............................ for travel and $ ............................ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date: ...............................                              ....................................................................
                                                                              *Server's signature*

                                                                 ....................................................................
                                                                              *Printed name and title*


                                                                 ....................................................................
                                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ☐ ▼

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Google LLC (YouTube) | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25cv.262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Google LLC (YouTube)
1600 Amphitheatre Parkway
Mountain View, CA 94043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                                    .

❑  I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                              , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)*                                                , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                              ; or

❑  I returned the summons unexecuted because                                                ; or

❑  Other *(specify):*


My fees are $                    for travel and $                    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Kentucky ▼

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 3:25cv- 262-DJH |
| H&M Hennes & Mauritz AB | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  H&M Hennes & Mauritz AB
Mäster Samuelsgatan 46A
SE-106 38 Stockholm, Sweden

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____          _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify):*


My fees are $                    for travel and $                    for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.


Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ▼

|  |  |
|---|---|
| Amschel de Rothschild II | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Arnold Martinez | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

Civil Action No. 3: 25CV· 262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Arnold Martinez In Care of Ashleigh Merchant, Esq.
701 Whitlock Ave
Suite J-43
Marietta, GA 30064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

&#9723; I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

&#9723; I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                      , and mailed a copy to the individual's last known address; or

&#9723; I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

&#9723; I returned the summons unexecuted because                                        ; or

&#9723; Other *(specify):*

My fees are $                  for travel and $                  for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ☒

|  |  |
|---|---|
| Amschel de Rothschild II | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Arnold Martinez | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25CV·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Arnold Martinez In Care of Edward Adams, Esq.
146 Nassau Street NW
Atlanta, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ....................................................................................
was received by me on *(date)* ................................. .

□ I personally served the summons on the individual at *(place)* ........................................................................
.......................................................... on *(date)* ..................................... ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* .....................................
........................................... , a person of suitable age and discretion who resides there,
on *(date)* ................................. , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* .................................................................... , who is
designated by law to accept service of process on behalf of *(name of organization)* .................................................
.......................................................... on *(date)* ..................................... ; or

□ I returned the summons unexecuted because ........................................................................... ; or

□ Other *(specify):*



My fees are $ .......................... for travel and $ ................................ for services, for a total of $ ........ 0.00 .......... .

I declare under penalty of perjury that this information is true.


Date: ....................................                    .................................................................
                                                                        *Server's signature*

                                                                 .................................................................
                                                                        *Printed name and title*

                                                                 .................................................................
                                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky  ☑

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| LVMH Moët Hennessy Louis Vuitton | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25cv-262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LVMH Moët Hennessy Louis Vuitton
22 avenue Montaigne
75008 Paris, France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ▼

| | |
|---|---|
| Amschel de Rothschild II | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) |
| Meta Platforms, Inc. (Facebook, Instagram) | )<br>)<br>)<br>) |
| *Defendant(s)* | )<br>) |

Civil Action No. 3:25CV·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Meta Platforms, Inc. (Facebook, Instagram)
1 Hacker Way
Menlo Park, CA 94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* .................................................................

was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*

.............................................................................. on *(date)* ...................... ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

................................................................ , a person of suitable age and discretion who resides there,

on *(date)* ...................... , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* .............................................. , who is

designated by law to accept service of process on behalf of *(name of organization)*

.............................................................................. on *(date)* ...................... ; or

☐ I returned the summons unexecuted because ...................................................... ; or

☐ Other *(specify)*:

My fees are $ ...................... for travel and $ ...................... for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: ......................

......................................................................
*Server's signature*

......................................................................
*Printed name and title*

......................................................................
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ▾

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Leland Tyler Wayne | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25cv.262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leland Tyler Wayne In care of mn2s
31 NE 17th St
Miami
FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ▾

|  |  |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Microsoft Corporation | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25cv-262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ...........................................................................

was received by me on *(date)* ...........................................     .

☐ I personally served the summons on the individual at *(place)* ...........................................................

on *(date)* ...........................     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ................................

........................................................ , a person of suitable age and discretion who resides there,

on *(date)* ........................... , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ........................................................ , who is

designated by law to accept service of process on behalf of *(name of organization)* .............................

on *(date)* ...........................     ; or

☐ I returned the summons unexecuted because ........................................................     ; or

☐ Other *(specify):*

My fees are $ ...........................     for travel and $ ...........................     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: ...........................

........................................................
*Server's signature*

........................................................
*Printed name and title*

........................................................
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ▼

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| mn2s | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 3:25CV-262-DSH

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ mn2s
31 NE 17th St
Miami
FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* .......................................................

was received by me on *(date)* .......................... .

☐ I personally served the summons on the individual at *(place)*

.......................................................... on *(date)* ........................... ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

........................................................... , a person of suitable age and discretion who resides there,

on *(date)* ........................... , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ........................................ , who is

designated by law to accept service of process on behalf of *(name of organization)* ...............................

.......................................................... on *(date)* ........................... ; or

☐ I returned the summons unexecuted because ........................................................... ; or

☐ Other *(specify):*


My fees are $ ........................ for travel and $ ........................ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: ......................................            ...........................................
                                                                *Server's signature*


                                                          ...........................................
                                                           *Printed name and title*


                                                          ...........................................
                                                              *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ☐ ▾

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 3:25cv·262·DJH |
| Netflix, Inc. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_


Date: _____                    _____
                                         _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ......................................................................................................

was received by me on *(date)* .............................................. .

&#10005; I personally served the summons on the individual at *(place)* .................................................................................

............................................................................ on *(date)* ............................ ; or

&#10005; I left the summons at the individual's residence or usual place of abode with *(name)* ....................................

............................................................. , a person of suitable age and discretion who resides there,

on *(date)* .............................. , and mailed a copy to the individual's last known address; or

&#10005; I served the summons on *(name of individual)* ........................................................... , who is

designated by law to accept service of process on behalf of *(name of organization)* .......................................

............................................................. on *(date)* ............................ ; or

&#10005; I returned the summons unexecuted because .......................................................................... ; or

&#10005; Other *(specify):*

My fees are $ .............................. for travel and $ .............................. for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: ..............................................

.....................................................................

*Server's signature*

.....................................................................

*Printed name and title*

.....................................................................

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ☑

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| v. | ) |
| Papa George Music | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant(s) | ) |

Civil Action No. 3:25CV·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Papa George Music In care of SONY/ATV SONGS LLC
8 MUSIC SQUARE W
NASHVILLE
TN
37203-3204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ....................................................................

was received by me on *(date)* ...................... .

☐ I personally served the summons on the individual at *(place)* ................................................

................................................................ on *(date)* ...................... ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ....................

.................................................... , a person of suitable age and discretion who resides there,

on *(date)* .................... , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ........................................................ , who is

designated by law to accept service of process on behalf of *(name of organization)* ....................

.................................................... on *(date)* ...................... ; or

☐ I returned the summons unexecuted because ................................................................ ; or

☐ Other *(specify):*

My fees are $ .................... for travel and $ .................... for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: ........................        ............................................
                                          *Server's signature*

                                   ............................................
                                          *Printed name and title*

                                   ............................................
                                          *Server's address*
                                                    .

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ☐

| | |
|---|---|
| Amschel de Rothschild II | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 3:25cv· 262- DJH |
| PepsiCo, Inc. | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PepsiCo, Inc.
700 Anderson Hill Road
Purchase, NY 10577

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

❐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

❐ I returned the summons unexecuted because                    ; or

❐ Other *(specify):*


My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Kentucky ▾

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:25CV. 262-DJH |
| THESE ARE PULSE SONGS & | ) |
| Pulse Publishing Administration, LLC | ) |
| Pulse Music Group | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THESE ARE PULSE SONGS, Pulse Music Group &
Pulse Publishing Administration, LLC
2840 Rowena Ave.
Los Angeles, CA  90039

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ..............................................................................

was received by me on *(date)* .......................... .

❏ I personally served the summons on the individual at *(place)*

.......................................................................................... on *(date)* .......................... ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

............................................................... , a person of suitable age and discretion who resides there,

on *(date)* ............................... , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* ................................................... , who is

designated by law to accept service of process on behalf of *(name of organization)*

.......................................................................................... on *(date)* ........................... ; or

❏ I returned the summons unexecuted because ................................................................. ; or

❏ Other *(specify):*

My fees are $ ........................ for travel and $ ........................ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: ..........................

.................................................................
*Server's signature*

.................................................................
*Printed name and title*

.................................................................
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky ☐▼

|  |  |
|---|---|
| Amschel de Rothschild II | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THESE ARE PULSE SONGS & | ) |
| Pulse Publishing Administration, LLC | ) |
| Pulse Music Group | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25CV·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THESE ARE PULSE SONGS, Pulse Music Group &
Pulse Publishing Administration, LLC
16130 Ventura Blvd., Suite 310
Encino, CA 91436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ..................................................................................

was received by me on *(date)* ......................................................        .

❑ I personally served the summons on the individual at *(place)* ...................................................

................................................................................................        on *(date)* ............................ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* ...........................

................................................................ , a person of suitable age and discretion who resides there,

on *(date)* ............................ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* ........................................................... , who is

designated by law to accept service of process on behalf of *(name of organization)* ...........................

................................................................................................        on *(date)* ............................ ; or

❑ I returned the summons unexecuted because ........................................................... ; or

❑ Other *(specify):*


My fees are $ ............................ for travel and $ ............................ for services, for a total of $       0.00       .

I declare under penalty of perjury that this information is true.


Date: ............................        ............................................................
                                                                    *Server's signature*

                                        ............................................................
                                                                    *Printed name and title*

                                        ............................................................
                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky [▼]

| | |
|---|---|
| Amschel de Rothschild II | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Puma SE | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25CV·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Puma SE
PUMA WAY 1
91074 Herzogenaurach, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ........................................................

was received by me on *(date)* ........................................ .

❏ I personally served the summons on the individual at *(place)* ........................................

.................................................................................................. on *(date)* ........................................ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* ........................................

_____ , a person of suitable age and discretion who resides there,

on *(date)* ........................................ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* .............................................................. , who is

designated by law to accept service of process on behalf of *(name of organization)* ........................................

.................................................................................................. on *(date)* ........................................ ; or

❏ I returned the summons unexecuted because ........................................................................ ; or

❏ Other *(specify):*


My fees are $ ........................ for travel and $ ........................ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: ....................................

........................................................
*Server's signature*

........................................................
*Printed name and title*

........................................................
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky   ▼

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Reebok International Ltd. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25CV·262- DJH

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Reebok International Ltd.
25 Drydock Avenue
Boston, MA 02110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ..............................................................................

was received by me on *(date)* ...................................... .

❏ I personally served the summons on the individual at *(place)* ......................................................................

.............................................................................................. on *(date)* ......................................... ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* ....................................

............................................................................. , a person of suitable age and discretion who resides there,

on *(date)* ..................................... , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* ............................................................... , who is

designated by law to accept service of process on behalf of *(name of organization)* .......................................

.............................................................................................. on *(date)* ......................................... ; or

❏ I returned the summons unexecuted because ................................................................................. ; or

❏ Other *(specify):*



My fees are $ ................................... for travel and $ ................................... for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: ...............................                    ....................................................................
                                                                  *Server's signature*

                                                        ....................................................................
                                                                  *Printed name and title*


                                                        ....................................................................
                                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky   ▼

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:25cv.262-DJH |
| SONY/ATV SONGS LLC | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SONY/ATV SONGS LLC
8 MUSIC SQUARE W
NASHVILLE
TN
37203-3204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ........................................................................

was received by me on *(date)* ................................... .

□  I personally served the summons on the individual at *(place)* ..............................................................

................................................................................... on *(date)* .............................. ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* ........................

................................................................ , a person of suitable age and discretion who resides there,

on *(date)* ............................................. , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* ...................................................... , who is

designated by law to accept service of process on behalf of *(name of organization)* ..............................

................................................................................... on *(date)* .............................. ; or

□  I returned the summons unexecuted because ......................................................................... ; or

□  Other *(specify):*



My fees are $ ........................... for travel and $ ................................. for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: ..............................                       .......................................................
                                                                *Server's signature*

                                                         .......................................................
                                                              *Printed name and title*

                                                         .......................................................
                                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ▼

| | |
|---|---|
| Amschel de Rothschild II | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) <br> ) |
| v. | )   Civil Action No. 3:25CV-262-DJH |
| SoundCloud Limited | ) <br> ) <br> ) |
| *Defendant(s)* | ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SoundCloud Limited
10-12 Albrechtstrasse
Berlin, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                            *Server's signature*

                                                    _____
                                                            *Printed name and title*


                                                    _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ☐ ▼

|  |  |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Spotify Technology S.A. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25CV·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Spotify Technology S.A.
33 Boulevard Prince Henri
L-1724 Luxembourg

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* .................................................................................

was received by me on *(date)* ............................................................. .

☐ I personally served the summons on the individual at *(place)*

................................................................................................ on *(date)* ............................... ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ...........................

............................................................. , a person of suitable age and discretion who resides there,

on *(date)* ............................................... , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ................................................................. , who is

designated by law to accept service of process on behalf of *(name of organization)* ...........................

................................................................................................ on *(date)* ............................... ; or

☐ I returned the summons unexecuted because ........................................................................... ; or

☐ Other *(specify):*



My fees are $ ............................... for travel and $ ............................... for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: .............................................................         .............................................................
                                                                      *Server's signature*

                                                                      .............................................................
                                                                      *Printed name and title*


                                                                      .............................................................
                                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| Amschel De Rothschild II <br><br> *Plaintiff(s)* <br> v. <br> Jacques Bermon Webster III <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25CV-262-DJH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jacques Bermon Webster III c/o Epic Records
10202 Washington Blvd.
Culver City, CA 90232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel De Rothschild II
700 East Muhammad Ali Boulevard
Louisville, Kentucky 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ......................................................................

was received by me on *(date)* ...................................... .

❒ I personally served the summons on the individual at *(place)* ..............................................................

...................................... on *(date)* ...................................... ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ..........................

......................................, a person of suitable age and discretion who resides there,

on *(date)* ......................................, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ......................................, who is

designated by law to accept service of process on behalf of *(name of organization)* .............................

...................................... on *(date)* ...................................... ; or

❒ I returned the summons unexecuted because ......................................................................... ; or

❒ Other *(specify):*



My fees are $ ...................... for travel and $ ...................... for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: ......................................                     ......................................
                                                              *Server's signature*

                                                              ......................................
                                                              *Printed name and title*

                                                              ......................................
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| Amschel De Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| David Stromberg | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25CV·262- DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    David Stromberg c/o Epic Records
10202 Washington Blvd.
Culver City, CA 90232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Amschel De Rothschild II
700 East Muhammad Ali Boulevard
Louisville, Kentucky 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* .................................................

was received by me on *(date)* .................... .

    ❑ I personally served the summons on the individual at *(place)* .................................

         on *(date)* .................... ; or

    ❑ I left the summons at the individual's residence or usual place of abode with *(name)* ..........................

    .................................... , a person of suitable age and discretion who resides there,

    on *(date)* .................... , and mailed a copy to the individual's last known address; or

    ❑ I served the summons on *(name of individual)* .................................... , who is

    designated by law to accept service of process on behalf of *(name of organization)* ....................

         on *(date)* .................... ; or

    ❑ I returned the summons unexecuted because .................................................... ; or

    ❑ Other *(specify):*

My fees are $ .................... for travel and $ .................... for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: ....................

.................................................
*Server's signature*

.................................................
*Printed name and title*

.................................................
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky   ▼

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| The Recording Academy (GRAMMYs) | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25CV-262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Recording Academy (GRAMMYs)
3030 Olympic Blvd.
Santa Monica, CA 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ...................................................

was received by me on *(date)* ........................................... .

□ I personally served the summons on the individual at *(place)* ...........................................

.......................................................................... on *(date)* ........................... ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

.................................................. , a person of suitable age and discretion who resides there,

on *(date)* ........................... , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* .................................................. , who is

designated by law to accept service of process on behalf of *(name of organization)*

.......................................................................... on *(date)* ........................... ; or

□ I returned the summons unexecuted because .......................................................... ; or

□ Other *(specify):*



My fees are $ ........................... for travel and $ ........................... for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: ...........................                    ..................................................

                                                    *Server's signature*

                                                    ..................................................

                                                    *Printed name and title*

                                                    ..................................................

                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ▾

| | |
|---|---|
| Amschel de Rothschild II | ) )  ) |
| _____ | ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:25CV·262-DJH |
| TikTok, Inc. | ) ) |
| | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TikTok, Inc.
5800 Bristol Parkway
Suite 100, Culver City, CA 90230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                                     .

❏ I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                                     , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

❏ I returned the summons unexecuted because                                     ; or

❏ Other *(specify):*


My fees are $                for travel and $                for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ☐▼

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Twitter, Inc. (now X Corp.) | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25CX·262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Twitter, Inc. (now X Corp.)
1355 Market Street, Suite 900
San Francisco, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* .........................................................

was received by me on *(date)* ........................................... .

❐ I personally served the summons on the individual at *(place)* ...........................................

........................................................................ on *(date)* ................................. ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ...............

.......................................... , a person of suitable age and discretion who resides there,

on *(date)* ............................. , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ........................................................... , who is

designated by law to accept service of process on behalf of *(name of organization)* .....................

........................................................................ on *(date)* ................................. ; or

❐ I returned the summons unexecuted because .......................................................... ; or

❐ Other *(specify):*


My fees are $ ......................... for travel and $ ......................... for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: ...........................................    ...........................................
*Server's signature*

...........................................
*Printed name and title*

...........................................
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky  ☐▼

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Under Armour, Inc. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:25CV-262-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Under Armour, Inc.
101 Performance Drive
Baltimore, MD 21230-2080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ................................    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ...........................................................................

was received by me on *(date)* ...................................... .

❑ I personally served the summons on the individual at *(place)* ....................................................

.............................................................................. on *(date)* ........................... ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* ..............................

........................................ , a person of suitable age and discretion who resides there,

on *(date)* ........................... , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* ................................................ , who is

designated by law to accept service of process on behalf of *(name of organization)* .........................

.............................................................................. on *(date)* ........................... ; or

❑ I returned the summons unexecuted because ........................................................ ; or

❑ Other *(specify):*


My fees are $ .......................... for travel and $ .......................... for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: ...........................                        ................................................................
                                                                          *Server's signature*

                                                      ................................................................
                                                                        *Printed name and title*

                                                      ................................................................
                                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky ☐▾

|  |  |
|---|---|
| Amschel de Rothschild II | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Warner Music Group | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

Civil Action No. 3: 25CV· 262· DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Warner Music Group
1633 Broadway
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Amschel de Rothschild II
700 E Muhammad Ali Blvd
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ...........................................................

was received by me on *(date)* ...................................            .

❒ I personally served the summons on the individual at *(place)* .................................................

....................................................................... on *(date)* ......................... ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ........................

..................................................... , a person of suitable age and discretion who resides there,

on *(date)* ................................ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ............................................... , who is

designated by law to accept service of process on behalf of *(name of organization)* .......................

....................................................................... on *(date)* ......................... ; or

❒ I returned the summons unexecuted because ......................................................... ; or

❒ Other *(specify):*



My fees are $ ..................... for travel and $ ..................... for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: ...................

......................................................
*Server's signature*

......................................................
*Printed name and title*

......................................................
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky  ▼

| | |
|---|---|
| Amschel de Rothschild II | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| YouTube Music | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:25CV.262- DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YouTube Music
901 Cherry Avenue
San Bruno, CA 94066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amschel de Rothschild II
700 E Muhammad Ali Bloulevard
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ...........................................................................................................

was received by me on *(date)* ............................... .

❒ I personally served the summons on the individual at *(place)* .....................................................................

.............................................................................................. on *(date)* ............................... ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ...................................

..................................................................... , a person of suitable age and discretion who resides there,

on *(date)* ................................... , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ........................................................................ , who is

designated by law to accept service of process on behalf of *(name of organization)* .......................................

.............................................................................................. on *(date)* ............................... ; or

❒ I returned the summons unexecuted because ................................................................................... ; or

❒ Other *(specify):*


My fees are $ ............................... for travel and $ ............................... for services, for a total of $        0.00        .


I declare under penalty of perjury that this information is true.


Date: ...............................

.............................................................................................................
Server's signature

.............................................................................................................
Printed name and title

.............................................................................................................
Server's address

Additional information regarding attempted service, etc: